STATE of Missouri, Respondent,

v.

Corey TRICE, Appellant.

Corey TRICE, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 62165, 63777.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 28, 1993.

Rosalynn Koch, Brad B. Baker, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals his convictions for first degree assault and armed criminal action as well as the denial of his Rule 29.15 motion for post-conviction relief. Finding no error, we affirm. We further find no precedential or jurisprudential purpose would be served by an extended opinion and affirm by written order. Rule 30.25(b); Rule 84.16(b)(2). A memorandum has been provided to the parties for their use only.

R. BEUC ARCHITECTS,
INC., Respondent,

v.

Richard NEMETH and Betty
C. Nemeth, Appellants.

No. 63159.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 28, 1993.

Theodore Dennis Dearing, Clayton, for appellants.

Jill S. Bollwerk, St. Louis, for respondent.

Before GARY M. GAERTNER, C.J., and SIMON and PUDLOWSKI, JJ.

ORDER

PER CURIAM.

Appellants, Richard and Betty Nemeth, appeal from the trial court's order entered in the Circuit Court of St. Louis County granting respondent's, R. Beuc Architects, Inc.'s, motion for new trial. We affirm.

The action of the trial court is supported by substantial evidence and is not against the weight of the evidence. In addition, no error of law appears. As we find an opinion would have no precedential value, we affirm the trial court's order pursuant to Rule 84.16(b).